DAVID A. ROSENFELD, Bar No. 058163
CAREN P. SENCER, Bar No. 233488
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BLUFORD, on his behalf and on behalf of all those similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAFEWAY STORES, INC.<br><br>　　　　Defendant. | No.　06 CV 523 GEB PAN (JFM)<br><br>**STIPULATION TO POSTPONE BRIEFING AND HEARING OF MOTION TO STRIKE DAMAGES**<br><br>Date:　April 24, 2006<br>Time:　9:00 a.m.<br>Judge:　Hon. Garland E. Burrell<br>Courtroom:　10 |

　　　　IT IS STIPULATED BY AND BETWEEN THE PARTIES:

　　　　1.　　On March 14, 2006, Defendant Safeway removed San Joaquin County Superior Court Case No. CV 028541 to this Court.

　　　　2.　　Plaintiff intends to move for a remand to State Court on or before April 12, 2006.

　　　　3.　　On March 20, 2006, Defendant filed a motion entitled "Motion to Strike Bluford's Improper Requests For Damages" in this Court to be heard on April 24, 2006.

　　　　4.　　Plaintiff's response to this motion is due on April 7, 2006, one week earlier than his request to remand.

　　　　5.　　If Plaintiff prevails on his remand, this Court will be without jurisdiction to hear Defendant's motion on April 24.

　　　　6.　　In light of the above, Plaintiff and Defendant stipulate to postpone the briefing and

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

STIPULATION TO POSTPONE BRIEFING AND
HEARING OF MOTION TO STRIKE DAMAGES

PDF created with pdfFactory trial version www.pdffactory.com

1 hearing of the Motion to Strike Damages.  The Motion to Strike Damages will be heard on May 22,
2 2006 at 9:00 am.
3    IT IS SO STIPULATED.
4 Dated: _April 5, 2006_____

WEINBERG, ROGER & ROSENFELD
5 A Professional Corporation

6
By:  /s/
7    DAVID A. ROSENFELD
   CAREN P. SENCER
8    Attorneys for Plaintiff

9 Dated:  April 5, 2006
PAYNE & FEARS, LLP
10

11 By:  /s/
   JAMES L. PAYNE
12    Attorneys for Defendant

13

14    IT IS SO ORDERED.
15 DATED:  April 19, 2006
/s/ Garland E. Burrell, Jr.
16 **GARLAND E. BURRELL, JR.**

17    United States District Judge

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

STIPULATION TO POSTPONE BRIEFING AND
HEARING OF MOTION TO STRIKE DAMAGES

PDF created with pdfFactory trial version www.pdffactory.com